ABERCROMBIE & FITCH CO. *v.* UNITED STATES

No. 5817.—Invoice dated London, England, October 29, 1941.
    Certified October 30, 1941.
    Entered at New York, N. Y., December 2, 1941.
    Entry No. 727664.

(Decided February 12, 1943)

*Lane & Wallace* for the plaintiff.

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney) for the defendant.

TILSON, Judge: This appeal has been submitted for decision upon a stipulation to the effect that the price of 14 shillings per yard, less

3 per centum discount, plus packing, represents the price at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of England, and that there was no higher export value.

Accepting this stipulation as a statement of fact, I find and hold the proper dutiable foreign value of the merchandise covered by this appeal to be 14 shillings per yard, less 3 per centum discount, plus packing. Judgment will be rendered accordingly.